UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

FLAMBEAU RIVER PAPERS, LLC,

                Plaintiff,

v.                                                     Case No. 15-cv-594

TURBINE GENERATOR
MAINTENANCE, INC.,

                Defendant.

---

**MOTION TO TRANSFER VENUE, OR IN THE ALTERNATIVE, MOTION TO STAY**

---

       Defendant Turbine Generator Maintenance, Inc. ("TGM"), by and through its undersigned counsel, and pursuant to 28 U.S.C. § 1404(a), hereby moves to transfer the instant action, filed by Plaintiff, Flambeau River Papers, LLC., to the United District Court for the Middle District of Florida.  Alternatively, TGM moves to stay the proceedings.

       The grounds for this Motion are fully set forth in the Memorandum of Law in Support of Motion to Transfer, filed contemporaneously herewith.

       DATED:  September 16, 2015.

                                                               /s/Kerry L. Gabrielson

                                                   **GODFREY & KAHN, S.C.**
                                                   John Kirtley (State Bar No. 1011577)
                                                   jkirtley@gklaw.com
                                                   Kerry L. Gabrielson (State Bar No. 1084845)
                                                   kgabrielson@gklaw.com
                                                   One East Main Street
                                                   Suite 500
                                                   Madison, WI 53701-2719
                                                   P: 608-257-3911
                                                   F: 608-257-0609

**BUCHANAN INGERSOLL & ROONEY PC**
Mark C. Anderson (*pro hac vice* application pending)
Mark.Anderson@bipc.com
2235 First Street
Fort Myers, FL 33901
P: 239-334-7892
F: 239-425-6380

*Attorneys for Defendant Turbine Generator Maintenance, Inc.*

14385968.1